IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 21-00239-CR-W-HFS |
| ) | |
| ROBERT M. TAYLOR ) | |
| ) | |
| Defendant. ) | |

ORDER

Having reviewed the record and the briefing, defendant's motion to suppress (Doc. 26) is hereby DENIED, and the Report and Recommendation (Doc. 35) is hereby ADOPTED.

/s/ Howard F. Sachs
**HOWARD F. SACHS**
UNITED STATES DISTRICT JUDGE

June 7, 2022

Kansas City, Missouri