# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ROBERT M. TAYLOR, )<br>)<br>Defendant. ) | Case No. 21-00239-01-CR-W-HFS |

## MEMORANDUM OF MATTERS DISCUSSED AND
## ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On October 5, 2021, the Grand Jury returned a fourteen-count Indictment charging Defendant Robert M. Taylor with seven counts of Hobbs Act robbery and seven counts of using, carrying, and brandishing a firearm during a crime of violence.

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
    Government: Byron H. Black
    Case Agent: either Detective Vernon Huth or Detective Anthony Castelletto, both with Kansas City Police Department
    Defense: Carie Allen and Angie Williams

**OUTSTANDING MOTIONS**: None

**TRIAL WITNESSES**:
    Government: Approximately 30 with stipulations; 50 without stipulations
    Defendant: 4 witnesses, including the Defendant

**TRIAL EXHIBITS:**
    Government: approximately 100 exhibits, many are surveillance video and photographs
    Defendant: approximately 10 exhibits

**DEFENSES**: General denial

**POSSIBLE DISPOSITION**:
    (X) Definitely for trial; ( ) Possibly for trial; ( ) Likely a plea will be worked out

**TRIAL TIME: 8 days total**
  Government's case including jury selection: 6-7 day(s)
  Defendant: 1 day(s)

**STIPULATIONS**: Discussing the usual stipulations (foundation, chain of custody, etc.)

**UNUSUAL QUESTIONS OF LAW:** None.

**FILING DEADLINES:**

  **Witness and Exhibit List**
    Government: Proposed Witness List filed 01/13/23. Proposed Exhibit list filed 1/14/23. **Updated list(s) due on or before January 31, 2023.**
    Defendant: None filed. **Due on or before January 31, 2023**.

  **Counsel are requested to list witnesses in alphabetical order on their witness list.**

  **Exhibit Index, if required by the District Court, Voir Dire, Jury Instructions: Due on or before February 1, 2023.**

**Please Note**: Jury instructions must comply with Local Rule 51.1

  **Motion in Limine: Due on or before February 1, 2023.**

**TRIAL SETTING**: Specially set for February 6, 2023, before District Judge Stephen R. Bough.

  **Please note:**

  **IT IS SO ORDERED**

                 */s/ Lajuana M. Counts*
                 LAJUANA M. COUNTS
                 UNITED STATES MAGISTRATE JUDGE